FILED
2019 Jan-25 PM 01:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

ELECTRONICALLY FILED
1/17/2019 8:03 AM
01-CV-2019-900262.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number: 01-...<br>Date of Filing: 01/17/2019   Judge Code: |
|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**DENISE MCCURDY v. DOLLAR TREE STORES, INC.**

**First Plaintiff:** ☐ Business  ☑ Individual  **First Defendant:** ☑ Business  ☐ Individual
                    ☐ Government ☐ Other                         ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
          R ☐ REMANDED          T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** EAR008        1/17/2019 8:03:23 AM        /s/ EDMOND DEWAYNE EARLE
                                  Date                       Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

ELECTRONICALLY FILED
1/17/2019 8:03 AM
01-CV-2019-900262.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

| | |
|---|---|
| **DENISE MCCURDY, an individual** | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) **CASE NO.:** |
| | ) **DEMANDS A TRIAL BY JURY** |
| **V.** | ) |
| | ) |
| **DOLLAR TREE STORES, INC d/b/a** | ) |
| **DOLLAR TREE; A, B, C, the person, firm,** | ) |
| **business, corporation or entity who owned** | ) |
| **and/or controlled the premises where the** | ) |
| **injury occurred; D, E, and F, the person,** | ) |
| **firm, business corporation, or entity who** | ) |
| **caused injury to the Plaintiff as set forth** | ) |
| **hereinbelow; G, H, and I, the person, firm** | ) |
| **or corporation who was the employer master** | ) |
| **and/or principal of the person who caused** | ) |
| **injury to the Plaintiff at the times and places** | ) |
| **made the basis of this suit and who was** | ) |
| **responsible of making inspections at said** | ) |
| **DOLLAR TREE, as set forth hereinbelow;** | ) |
| **all of whose true names and identities are** | ) |
| **otherwise unknown to the Plaintiff at this** | ) |
| **time but will be added by Amendment as** | ) |
| **soon as same are ascertained** | ) |
| **Individually and jointly.** | ) |
| **Defendant(s).** | ) |
| | ) |

## STATEMENT OF PARTIES

1. The Plaintiff, Denise McCurdy is above the age of 19 and has been a resident of Jefferson County, Alabama at least six (6) months preceding the filing of said lawsuit.

2. The Defendant, Dollar Tree Stores, Inc., upon information and belief, is a domestic corporation doing business in Jefferson County, AL and throughout the state of Alabama, at material times referred to herein.

3. Fictitious Parties A, B, C, D, E, F, G, H, and I are those individuals, entities, corporations, or partnerships who are not known at this time, but will be added by amendment where ascertained that caused injury to the Plaintiff and who owned and/or controlled the premises where the injury occurred.

## COMPLAINT

4. On or about January 18, 2017, Plaintiff Denise McCurdy, (herein Plaintiff McCurdy), while an invitee on the premises of the Defendant Dollar Tree Stores, Inc, (herein Defendant Dollar Tree), located at 2320 CenterPoint Pkwy, Center Point, AL 35215. While on the premises of the Defendant's store, Plaintiff McCurdy walked down an aisle and slipped on a liquid substance on the floor of said premises.

## COUNT I
## NEGLIGENCE OR WANTONNESS

5. On or about the 18th day of January, 2017, Plaintiff McCurdy, while an invitee, was upon the premises of Dollar Tree Store located at 2320 Centerpoint Pkwy in Centerpoint, AL, when she slipped and fell on a liquid substance in the aisle of the store and was injured.

6. Plaintiff's said fall was the proximate result of the named Defendant's and fictitious Defendants' negligence and/or wantonness in that the named Defendant and fictitious Defendants, with knowledge that a dangerous and slippery substance was on the floor of the premises, allowed said substance to remain there without cleaning it up and without warning Plaintiff of the presence of the substance or the danger it posed.

7. As a proximate consequence of the negligence and/or wantonness of the Defendants, whether named or fictitiously alleged, the Plaintiff was caused to suffer physical and emotional injuries which include the following damages and injuries:

   a.) Plaintiff suffered and continues to suffer from soreness and physical pain;

   b.) Plaintiff suffered injuries/strains/sprains to her left side of hip, left leg, and lower back.

   c.) Plaintiffs suffered pain and suffering and will continue to suffer such severe pain and suffering;

   d.) Plaintiffs incurred expenses for medical treatment, medicine and physician's fees. Further, Plaintiffs will be caused to continue to incur such expenses in the future in order to alleviate the injuries, pain and suffering;

   e.) Plaintiffs suffered severe mental anguish from injuries sustained as result of the willful wanton negligent acts of Defendant Dollar Tree Stores, Inc and fictitious defendants and will continue to suffer such severe mental anguish;

   f.) As a result of Defendant Dollar Tree Stores, Inc. conduct, Plaintiff sustained a physical impairment and will continue to suffer from said physical impairment in the future, which results in a loss of ability to earn money and of actual earnings.

g.) As a result of said incident, Plaintiffsare prevented from participating and enjoying the benefits of a full and complete life.

## COUNT II
## NEGLIGENT SUPERVISION

8. The Plaintiff adopts and realleges the preceding paragraphs one through seven and further alleges as follows:

9. Upon information and belief, Plaintiff believes that the Defendant failed to properly train, direct, and/or supervise its employees on the premises known as Dollar Tree, which gave rise to the basis of this complaint.

**WHEREFORE WITH ALL PREMISES CONSIDERED**, Plaintiff demands a judgment against the Defendant for actual, punitive and general damages, and such other damages as allowed by the State of Alabama in an amount in excess of this Honorable Court's Jurisdictional limit for the injuries caused by Defendant.

Respectfully Submitted,

/s/ Edmond D. Earle
Edmond D. Earle (EAR008)
Attorney for the Plaintiff

**OF COUNSEL:**
The Earle Law Firm, LLC
1820 7th Ave. North, Suite 105
Birmingham, AL  35203
Phone: (205) 458-0041
Fax:    (205) 458-0015
Email:   earle@earlelawfirm.com

**PLAINTIFF DEMANDS A TRIAL BY JURY**

**DEFENDANT MAY BE SERVED BY CERTIFIED MAIL AS FOLLOWS:**

**REGISTERED AGENT of Dollar Tree Stores, Inc.**

**Corporation Service Company, Inc.**
**641 South Lawrence Street**
**Montgomery, AL 36104**



AlaFile E-Notice

01-CV-2019-900262.00

To:  EDMOND DEWAYNE EARLE
earle@earlelawfirm.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

DENISE MCCURDY V. DOLLAR TREE STORES, INC.
01-CV-2019-900262.00

The following complaint was FILED on 1/17/2019 8:03:58 AM

Notice Date:     1/17/2019 8:03:58 AM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2019-900262.00

To: DOLLAR TREE STORES, INC.
2320 CENTERPOINT PARKWAY
CENTERPOINT, AL, 35215

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

DENISE MCCURDY V. DOLLAR TREE STORES, INC.
01-CV-2019-900262.00

The following complaint was FILED on 1/17/2019 8:03:58 AM

Notice Date:     1/17/2019 8:03:58 AM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2019-900262.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**DENISE MCCURDY V. DOLLAR TREE STORES, INC.**

**NOTICE TO:** DOLLAR TREE STORES, INC., 2320 CENTERPOINT PARKWAY, CENTERPOINT, AL 35215
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), EDMOND DEWAYNE EARLE,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1820 7TH AVENUE NORTH SUITE 105, BIRMINGHAM, AL 35203.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of DENISE MCCURDY pursuant to the Alabama Rules of the Civil Procedure.
*[Name(s)]*

| 1/17/2019 8:03:58 AM | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.       /s/ EDMOND DEWAYNE EARLE
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)*        *(Name of County)*

Alabama on _____.
*(Date)*

|  |  |  |
|---|---|---|
|  |  | *(Address of Server)* |
| *(Type of Process Server)* | *(Server's Signature)* |  |
|  | *(Server's Printed Name)* | *(Phone Number of Server)* |