UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DENISE MCCURDY,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:19-cv-00137-RDP |
| **DOLLR TREE STORES INC. d/b/a/ DOLLAR TREE, et al.,** | } |
| Defendant. | } |

### ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal with Prejudice (Doc. # 10), filed October 16, 2019, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this October 17, 2019.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE